IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JENNIE N. JONES; FAAMELE HALEY, by Next Friend Brian Akiona, <br><br>　　　　Plaintiffs, <br><br>　vs. <br><br>AOAO LEOLUA VISTA; WAYNE CHUNG; GINA EJIDA; GINA MARQUES; CENPAC PROPERTIES, INC.; MARIA VICTORIA GARVINA; EKIMOTO & MORRIS LLLC; RICHARD S. EKIMOTO; DAN C. OYASATO, <br><br>　　　　Defendants. | CV 14-00142 SOM-KSC |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on July 30, 2014, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation to Dismiss Action" are adopted as the opinion and order of this Court.

APPROVED AND SO ORDERED.

DATED: Honolulu, Hawaii, August 19, 2014.



    /s/ Susan Oki Mollway
Susan Oki Mollway
Chief United States District Judge

Jennie N. Jones, et al. v. AOAO Leolua Vista, et al, Civil No. 12-00142 SOM-KSC
Order Adopting Magistrate Judge's Findings and Recommendation